JUDGE TORRES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - x
                                 :
UNITED STATES OF AMERICA         :    INDICTMENT
                                 :
          - v. -                 :    18 Cr.
                                 :
FEI LI,                          :
                                 :
          Defendant.             :
                                 :
- - - - - - - - - - - - - - - - x

**18 CRIM 546**

COUNT ONE

(Failure to Register)

The Grand Jury charges:

1. From at least in or about October 2017 up to and including in or about March 2018, in the Southern District of New York and elsewhere, FEI LI, the defendant, being an individual required to register under the Sex Offender Registration and Notification Act ("SORNA") and a sex offender as defined for the purposes of SORNA by reason of a conviction under Federal law, did travel in interstate or foreign commerce and knowingly did fail to register and update a registration as required by SORNA, to wit, LI traveled from New York, New York to North Bergen, New Jersey, and thereafter resided in New Jersey without updating his registration in New York and without registering in New Jersey, as

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: JUL 3 1 2018

required by law.

(Title 18, United States Code, Section 2250.)

_____  
FOREPERSON

_Geoffrey S. Berman_  
GEOFFREY S. BERMAN  
United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**UNITED STATES OF AMERICA**

v.

**FEI LI,**

**Defendant.**

**INDICTMENT**

18 Cr.

(18 U.S.C. § 2250.)

GEOFFREY S. BERMAN
United States Attorney

Foreperson

1/31/18 Filed Indictment
Case assigned to Judge Torres USMJ Gorenstein   MQ